**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. JAMES P. CONNORS.**<br><br>**Plaintiff,**<br><br>v.<br><br>**BTG INTERNATIONAL LIMITED and BIOCOMPATIBLES, INC.**<br><br>**Defendants.** | Civil Action: 1:14-cv-00387 (APM) |

**PLAINTIFF'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff James P. Connors dismisses this action.

> Respectfully submitted,
>
> /s/ Max Maccoby
> Max Maccoby (D.C. Bar No. 462064)
> Butzel Long, P.C.
> 1747 Pennsylvania Ave., N.W. Suite 300
> Washington, D.C. 20006
> maccoby@butzel.com
> *Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2016, a copy of the foregoing to:

> Jennifer A. Short
> Assistant United States Attorney
> Civil Division
> U.S. Attorney's Office for the District of Columbia
> 501 3rd Street, NW 4th Floor

1

Washington, D.C. 20530
jennifer.short@usdoj.gov

By:   /s/ Max Maccoby
      Max Maccoby