IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES P. CONNORS,<br><br>        Plaintiff,<br><br>v.<br><br>BTG INTERNATIONAL LIMITED, and BIOCOMPATIBLES, INC.,<br><br>        Defendants. | Case No. 1:14-cv-00387 (APM) |

## ORDER

Having received the relator's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41, the United States' consent thereto, and because, pursuant to 31 U.S.C. § 3730(b)(1), the Court also consents to the proposed dismissal of this action, it is hereby

**ORDERED** that this case shall be and hereby is dismissed. The dismissal is without prejudice to the United States' right and ability to pursue any claims against the parties for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733; and it is further

**ORDERED** that the Complaint, the Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Voluntary Dismissal, and this Order be unsealed, along with any other matters that may occur in this action after the date of this Order; and it is further

**ORDERED** that all other contents of the Court's file in this action remain under seal and shall not be made public.

Date: 5/10/16

HON. AMIT P. MEHTA
United States District Judge

**To the Clerk: Please send copies of the foregoing Order to:**

Jennifer A. Short
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
jennifer.short@usdoj.gov

Colin Huntley
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044

Max F. Maccoby
Butzel Long
1747 Pennsylvania Ave., NW, Suite 300
Washington D.C. 20006